```
1              IN THE UNITED STATES DISTRICT COURT
2             FOR THE WESTERN DISTRICT OF MISSOURI
3

4   GREGORY A. CHAPMAN,

5                Plaintiff,

6   vs.                                No.

7   HY-VEE, INC.,                      10-6128-CV-W-HFS

8                Defendant.
```

CERTIFICATE OF COST AND
STATEMENT OF FEES DUE
FOR DEPOSITION OF GREGORY A. CHAPMAN
June 22nd, 2011

FEES DUE METROPOLITAN COURT REPORTERS, INC.:
$ _514.70_   ATTORNEY FOR PLAINTIFF
$ _1208.60_  ATTORNEY FOR DEFENDANT

Upon delivery of transcripts, the above charges had not yet been paid. It is anticipated that all charges will be paid in the normal course of business.

*Kristin M. Anderson*

_____
Kristin M. Anderson
CSR No. 1543, CCR No. 1196, RPR



**Metropolitan**
COURT REPORTERS

9200 INDIAN CREEK PARKWAY, SUITE 205
OVERLAND PARK, KANSAS 66210
Videography • Teleconferencing • 1.800.348.0565 • 913.383.9800 • FAX 913.317.8860