| Location 155201 | | | | Hy-Vee, Inc. | | | St. Joseph |
|---|---|---|---|---|---|---|---|

| | Mon 03/16 | Tue 03/17 | Wed 03/18 | Thu 03/19 | Fri 03/20 | Sat 03/21 | Sun 03/22 |
|---|---|---|---|---|---|---|---|
| Caldwell, Sheri M | Dietician<br>S 08:00a-05:00p | Dietician<br>S 08:00a-05:00p | | Dietician<br>S 08:00a-05:00p | Dietician<br>S 08:00a-05:00p | Dietician<br>S 08:00a-05:00p | |
| Chambers, Deborah L | | DeptManager<br>S 06:00a-02:00p | DeptManager<br>S 06:00a-02:00p | DeptManager<br>S 06:00a-02:00p | DeptManager<br>S 06:00a-02:00p | DeptManager<br>S 06:00a-02:00p | |
| Chapman, Gregory A | Clerk<br>S 08:00a-05:00p | Clerk<br>S 08:00a-05:00p | AsstMgrGM<br>S 08:00a-05:00p | | AsstMgrGM<br>S 08:00a-05:00p | AsstMgrGM<br>S 08:00a-05:00p | |
| Cozad, Kristin D | | | | | | Clerk<br>S 07:00a-03:00p | Clerk<br>S 02:00p-07:00p |
| Hall, Delissa N | | Clerk<br>S 07:00a-03:00p | | Clerk<br>S 07:00a-03:00p | Clerk<br>S 02:00p-08:00p | | Clerk<br>S 07:00a-03:00p |
| Merringer, Aaron J | ManagerGM<br>S 07:00a-04:00p | | ManagerGM<br>S 07:00a-04:00p | ManagerGM<br>S 07:00a-04:00p | ManagerGM<br>S 07:00a-04:00p | | ManagerGM<br>S 07:00a-04:00p |
| Rodriguez, Trisha R | DeptManager<br>S 06:00a-02:00p | DeptManager<br>S 10:00a-06:00p | | DeptManager<br>S 10:00a-06:00p | DeptManager<br>S 06:00a-02:00p | | DeptManager<br>S 06:00a-02:00p |

HV000968

Case 5:10-cv-06128-HFS   Document 27-3   Filed 08/15/11   Page 1 of 3

Exhibit 3

**Location 155201**                    **Hy-Vee, Inc.**                    **St. Joseph**

| | Mon 03/30 | Tue 03/31 | Wed 04/01 | Thu 04/02 | Fri 04/03 | Sat 04/04 | Sun 04/05 |
|---|---|---|---|---|---|---|---|
| Caldwell, Sheri M | Dietician S 08:00a-05:00p | Dietician S 08:00a-05:00p | | Dietician S 08:00a-05:00p | Dietician S 08:00a-05:00p | Dietician S 08:00a-05:00p | |
| Chambers, Deborah L | | DeptManager S 06:00a-02:00p | DeptManager S 06:00a-02:00p | DeptManager S 06:00a-02:00p | DeptManager S 06:00a-02:00p | DeptManager S 06:00a-02:00p | |
| Chapman, Gregory A | AsstMgrGM S 08:00a-05:00p | AsstMgrGM S 08:00a-05:00p | AsstMgrGM S 08:00a-05:00p | | AsstMgrGM S 08:00a-05:00p | AsstMgrGM S 08:00a-05:00p | |
| Cozad, Kristin D | Clerk S 02:00p-08:00p | | Clerk S 03:00p-09:00p | | | | |
| Hall, Delissa N | | Clerk S 07:00a-03:00p | | Clerk S 07:00a-03:00p | | Clerk S 07:00a-03:00p | Clerk S 07:00a-03:00p |
| Merringer, Aaron J | ManagerGM S 07:00a-04:00p | | ManagerGM S 07:00a-04:00p | ManagerGM S 07:00a-04:00p | ManagerGM S 07:00a-04:00p | | ManagerGM S 07:00a-04:00p |
| Rodriguez, Trisha R | DeptManager S 06:00a-02:00p | DeptManager S 10:00a-06:00p | | DeptManager S 10:00a-06:00p | DeptManager S 06:00a-02:00p | | DeptManager S 06:00a-02:00p |

12/10/2010          7:24AM                                                                 Page 1 of 1

HV000969

| Location 155201 | Hy-Vee, Inc. | St. Joseph |
|---|---|---|

| | Mon 08/16 | Tue 08/17 | Wed 08/18 | Thu 08/19 | Fri 08/20 | Sat 08/21 | Sun 08/22 |
|---|---|---|---|---|---|---|---|
| Caldwell, Sheri M | Dietician S 08:00a-05:00p | Dietician S 08:00a-05:00p | | Dietician S 08:00a-05:00p | Dietician S 08:00a-05:00p | Dietician S 08:00a-05:00p | |
| Chambers, Deborah L | | DeptManager S 06:00a-02:00p | DeptManager S 06:00a-02:00p | DeptManager S 06:00a-02:00p | DeptManager S 06:00a-02:00p | DeptManager S 06:00a-02:00p | |
| Chapman, Gregory A | AsstMgrGM S 08:00a-05:00p | AsstMgrGM S 08:00a-05:00p | AsstMgrGM S 08:00a-05:00p | | AsstMgrGM S 08:00a-05:00p | AsstMgrGM S 07:00a-04:00p | |
| Cozad, Kristin D | Clerk S 06:00a-02:00p | | | Clerk S 07:00a-03:00p | | Clerk S 07:00a-03:00p | Clerk S 01:00p-07:00p |
| Merringer, Aaron J | ManagerGM S 07:00a-04:00p | | ManagerGM S 07:00a-04:00p | ManagerGM S 07:00a-04:00p | ManagerGM S 07:00a-04:00p | | ManagerGM S 07:00a-04:00p |
| Rodriguez, Trisha R | DeptManager S 06:00a-02:00p | DeptManager S 06:00a-02:00p | | DeptManager S 06:00a-02:00p | DeptManager S 06:00a-02:00p | | DeptManager S 06:00a-02:00p |

12/10/2010          7:52AM

HV001041

Case 5:10-cv-06128-HFS     Document 27-3     Filed 08/15/11     Page 3 of 3