

**HyVee** ®
EMPLOYEE OWNED

making lives easier, healthier, happier

# EMPLOYEE HANDBOOK

HV000201

Exhibit 4

# WELCOME TO THE HY-VEE FAMILY!



Ric Jurgens
*Chairman, CEO*

You have just joined one of the strongest and most progressive companies in the country. We have been in business for 80 years and have established a reputation for having the friendliest and most caring employees of any retailer. Our motto is "a helpful smile in every aisle" and our goal is to live up to that adage twenty-four hours a day, seven days a week, and fifty-two weeks a year. Our company is employee owned so our employees care about our customers and they care about each other. We have a culture that encourages being helpful, friendly, honest, respectful and dedicated to customers, vendors, fellow employees, and our communities.

We are honored that you have joined our family. We hope you have a long and prosperous relationship with Hy-Vee and that you will embrace the principles that have made our company great for so many years.

Sincerely,

Ric Jurgens

Hy-Vee

HV000202

# TABLE OF CONTENTS

## Introduction

Who we are . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Act like you own the place . . . . . . . . . . . . . . . . . . . 2
Expect more from an employee-owned store . . . . 2

## Company policies

Code of conduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Drug Testing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-5
Electronic communication device use in company
   owned and personal motor vehicle . . . . . . . . . . . 5
Social media . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6
Electronic email and other communications . . . . . 6
Employee classification . . . . . . . . . . . . . . . . . . . . . . 6
Work guidelines for 14- and 15-year-olds. . . . . . 6, 7
Job duties for 14- and 15-year-olds . . . . . . . . . . . 7
Work guidelines for 16- and 17-year-olds. . . . . . 7, 8
Job duties for 16- and 17-year-olds . . . . . . . . . . . 8
Additional restrictions . . . . . . . . . . . . . . . . . . . . . . . . 8
Time and attendance . . . . . . . . . . . . . . . . . . . . . . 8, 9
Wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Deduction from wages of salaried employees . . . . 9
Performance reviews . . . . . . . . . . . . . . . . . . . . . . . . 9
Job postings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

## Workplace

Alcohol and tobacco sales . . . . . . . . . . . . . . . . . . 10
Drug-free environment . . . . . . . . . . . . . . . . . . . . . . 10
Smoke-free environment . . . . . . . . . . . . . . . . . . . 10
Employee health and personal hygiene . . . . . . . . 10
Work-related injuries . . . . . . . . . . . . . . . . . . . . . . . 10
Safety precautions . . . . . . . . . . . . . . . . . . . . . 10, 11
Hy-Vee's harassment and nondiscrimination
   policies and procedures . . . . . . . . . . . . . . . . . 11
Types of discrimination and harassment . . . . 11, 12
Employment actions and conditions . . . . . . . . . . 12
Complaints of discrimination or harassment . . . . 12

Life-threatening illness . . . . . . . . . . . . . . . . . . . . . 12
Federal False Claims Act . . . . . . . . . . . . . . . . . . . 12
Proper response to shoplifting or robbery . . . . . . 13
Reporting fraudulent activity. . . . . . . . . . . . . . . . . 13

## Benefits

401(k) plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Hy-Vee and Affiliates' Benefit Plan . . . . . . . . . 14, 15
Adoption benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Pre-tax benefit payment (Flex 125) . . . . . . . . . . . . 15
Tax-savings plan . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Elective benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
COBRA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Employee investment certificates . . . . . . . . . . . . . 16
Employee bonus . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Leaves of absence . . . . . . . . . . . . . . . . . . . . . . . . 16
Family and medical leave . . . . . . . . . . . . . . . . . 16-18
Non-FMLA leaves of absence . . . . . . . . . . . . . . . 18
Excused absence for funerals . . . . . . . . . . . . . . . 18
Jury duty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Personal days/birthdays . . . . . . . . . . . . . . . . . . . . 18
Vacation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18, 19
Buying and selling vacation . . . . . . . . . . . . . . . . . 19
Holidays. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Moving policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Scholarships . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
College tuition assistance. . . . . . . . . . . . . . . . . . . . 20
Hy-Vee University . . . . . . . . . . . . . . . . . . . . . . . 20, 21
Banking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Employee Handbook Sign Off . . . . . . . . . . . . . . . 23
Drug Testing Policy Sign Off. . . . . . . . . . . . . . . . . 25
Drug Testing Policy Minor Sign Off. . . . . . . . . . . . 27
Regular Employment Review . . . . . . . . . . . . . . . . 29
Notes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**Hy-Vee**

HV000203

Case 5:10-cv-06128-HFS   Document 27-4   Filed 08/15/11   Page 3 of 7

required to affirmatively state that their views are not those of Hy-Vee.

**Following All Other Hy-Vee Policies.** Employees are required to follow all Hy-Vee policies when using or accessing social networking sites to communicate with, to, or about other Hy-Vee employees, vendors, or others affiliated in any way with Hy-Vee, whether or not the sites are accessed on Hy-Vee equipment or systems. Employees should be particularly mindful to follow Hy-Vee's anti-harassment, discrimination, and retaliation policies when using social media sites. In addition, employees are prohibited from bullying, harassing, defaming, or gossiping about co-workers, vendors, competitors, and customers when using social media sites.

**Use of Social Media Websites During Work Hours.** Absent approval from the employee's Store Director, the Marketing Department, or the Communications Department, employees are prohibited from using or accessing social media sites during working hours. Working hours are defined as an employee's scheduled shift, but exclude lunch and other break times. Hy-Vee reserves the right to monitor employees' website history on Hy-Vee equipment to determine whether employees are complying with this Social Media Policy.

**Disciplinary Action.** Violation of any aspect of this Social Media Policy can result in disciplinary action up to and including termination.

## Electronic email and other communications

Hy-Vee utilizes email and other electronic communications including fax transmissions, voice mail, and internet access for business communications between employees and with customers and suppliers. Hy-Vee's information systems and all messages and data flowing through the systems are the property of Hy-Vee. Care must be taken to insure that there are no confidentiality breaches since such communications are inherently insecure.

**Content.** All electronic communications must be professional and courteous whether intended for internal or external reading. Harassing, offensive, defamatory, rude, vulgar and obscene communications and material are strictly prohibited.

**Personal Use.** Hy-Vee's information systems are intended to be used primarily for business purposes. Any personal use of Hy-Vee systems must be of limited volume and must not interfere with normal business activity, must not involve solicitation, must not be associated with any outside business activity, and must not be potentially embarrassing to Hy-Vee.

**Confidential or Sensitive Information.** Employees will not send confidential, restricted internal use, or sensitive information such as social security numbers to public networks.

**Privacy.** Employees should have no expectation of privacy with respect to electronic communications sent using Hy-Vee's systems.

**Information Systems Ownership and Monitoring.** All messages sent by electronic communications are Hy-Vee records. Hy-Vee reserves the right to access and disclose all messages and information sent over its systems for any purpose.

**Internet Pornography.** Most employees have access to a company computer that has internet service. No employee should use company computers to access pornographic or obscene web sites. Employees found to be using such inappropriate sites will be disciplined appropriately, up to and including possible termination.

## Employee classification

Full-time employees are usually scheduled to work 40 hours or more per week. Regular-time employees are usually scheduled 30 hours or more per week. Part-time employees are usually scheduled as needed by business necessity, usually fewer than 30 hours per week.

Scheduling of hours is controlled by your supervisor and may change as business fluctuates. The store director or appropriate manager makes changes in employment status.

## Work guidelines for 14- and 15-year-olds

- Prior to hiring a 14 or 15 year old, the store must receive a work permit issued by the school superintendent or a person designated by the school board. The permit must be completely filled out and kept on file at the store.

- Proof of age must be received and examined, e.g. birth certificate, passport, certificate of baptism.

- Employees may not work during school hours except during a school work program.

- Employees may not work before 8:00 a.m. or after 6:00 p.m. from June 1 through Labor Day, they may not work before 8:00 a.m. or after 8:00 p.m.

- Employee may not work more than two and one half (2.5) hours per day on school days or more than four (4) hours per day on non-school days.

- Employees may not work more than 17 hours a week.

6                                                                 **HyVee.**

HV000208

- No 14 or 15 year old employee may operate or clean power equipment or machinery, including vehicles. No 14 or 15 year old employee may perform any duties on an elevated platform. No 14 or 15 year old employee may perform any duties in freezers or in the meat department. In addition, we encourage stores prohibit 14 and 15 year old employees from entering any departments which routinely use power equipment and sharp objects to avoid any possibility of accidentally being injured.

- No 14 or 15 year old employees may use sharpened knives.

### Job duties for 14- and 15-year-olds

The 14- and 15-year-old employee may not work on ladders or in the freezers, and may only retrieve product from the dairy cooler. Duties for 14- and 15-year-olds are limited to:

- Sacking groceries.

- Working in the pick-up lane.

- Sorting bottles and cans.

- Sweeping floors and general cleaning that does not require the use of power equipment, or mixing of chemicals.

- Stocking shelves that do not require the use of power equipment.

- Operating cash registers (15-year-olds only).

Call 866-826-8219 to report a violation of the Fair Labor Standards Act without fear of retaliation.

### Work guidelines for 16- and 17-year-olds

A job can provide an invaluable contribution to a teenager's total education, yet it is very important that employment not adversely affect a student's participation in school. The Fair Labor Standards Act does not restrict hours for 16- and 17-year-olds. However, Hy-Vee's high school policy ensures a proper balance between the demands of school and work, and includes the following:

- High school employees 16 and older who are full-time students shall not be scheduled, allowed or requested to work between the hours of 10 p.m. and 5 a.m. immediately preceding a school day.

- Hy-Vee management will schedule around a student's extracurricular activities and preparation for school exams. It is the responsibility of the employee to inform management of the need for a change in schedule as far ahead as possible so that a replacement can be found.

- High school employees may not work more than 25 hours per week when school is in session. This does not include weeks shortened due to holidays or official school vacations.

- Under certain circumstances, students may be allowed to work more than 25 hours per week during a regular school week. These exceptions include students in a school-sponsored work-study program or those who work to provide financial support for themselves or others in order to cover living expenses (as opposed to spending money). In these situations, input from educators and parents will be evaluated to determine the appropriate number of hours scheduled. Students who qualify for an exemption must submit a completed form requesting to work more than 25 hours a week. The form is available from your store director or supervisor.

Work Guidelines for 16- and 17-year-olds in Wisconsin

| Maximum Hours of Work | After Labor Day through May 31 | June 1 through Labor Day |
|---|---|---|
| Daily Hours | | |
| Non-School Days in School Week | 8 hours | 8 hours |
| School Days except Last Day of School | 5 hours | 5 hours |
| Last School Day of the Week | 8 hours | 8 hours |
| Weekly Hours | | |
| Non-School Week | 50 hours | 50 hours |
| Full School Week | 26 hours | 26 hours |
| Partial School Week | 32 hours | 32 hours |

Hy-Vee.

7

HV000209

| Permitted Time of Day | After Labor Day through May 31 | June 1 through Labor Day |
|---|---|---|
| Non-School Days in School Week | 5 a.m. - 12:30 a.m.* | 5 a.m. - 12:30 a.m.* |
| Non-School Day that Precedes a School Day | 5 a.m. - 11 p.m. | 5 a.m. - 11 p.m. |
| School Day except Last School Day of Week | 7 a.m. - 11 p.m. | 7 a.m. - 11 p.m. |
| Last School day of Week | 7 a.m. - 12:30 p.m. | 7 a.m. - 12:30 p.m. |

- Minors may only work six days a week

- State child labor laws prohibit work during times that minors are required to be in school.

- Minors are limited to the maximum hours and time of day restrictions even thought they may work for more than one employer during the same day or week.

- *Ages 16 & 17 must be paid time and one-half for work excess of 10 hours per day or 40 hours per week, whichever is greater.

- *Following the end of work, 8 hours of rest is required before the start of work the next day.

- *Minors age 16 & 17 who are Emancipated, Living Independently, Head of Household, Enrolled in a GED Program at a Vocational or Technical College, may work 40 hours per week when public schools are in session, and up to 50 hours per week during non-school weeks. The daily hours and times do not apply.

- *Minors age 16 & 17 who are enrolled in Home School may only work 26 hours per week when public schools are in session, 32 hours if less than 5 days of school, and up to 50 hours per week during non-school weeks. The daily hours and time restrictions do not apply.

### Job duties for 16- and 17-year-olds

Work assignments for 16- and 17-year-olds include working in coolers, freezers and on ladders. They may also operate pallet jacks. In addition, duties and work restrictions in the following departments apply:

- Produce department: Clean vegetables and fruits; wrap, seal, weigh, price and stock product.

- Bakery department: Wash pans; serve customers; stock service cases; label, price and stock cases; assist on the bench as long as no power equipment is used. The 16- and 17-year-old employee **may not** operate, clean, assemble or disassemble department power equipment.

- Meat department: Stock fresh meat cases; stock end cases (lunchmeat, cheese, bacon); make signs; help customers at self-serve and service meat cases; assemble kabobs, griller and bacon-wrapped items. The 16- and 17-year-old employee may **not** operate, clean, assemble or disassemble department power equipment.

- Kitchen department: Serve customers; replenish the hot case, clean tables, dishes, etc.; cook; work with, operate or clean the fryer. The 16- and 17-year-old employee **may not** operate, clean, assemble or disassemble the meat slicer or other power equipment.

### Additional restrictions

Employees under 18 years of age cannot operate a motor vehicle for company business.

**An employee must be 18 years of age or older to operate, clean, assemble and disassemble power equipment, and load or unload compactors and bailers.**

### Time and attendance

Each employee entitled to overtime pay is responsible for keeping accurate time records of his or her time worked, whether the employee uses a time clock system or manually tracks his or her time worked. You must scan out or clock out if you leave the premises for non-employment purposes. Bathroom visits and storing personal items must be completed before clocking in. As soon as you clock in, report to your workstation and begin your regularly assigned duties. Employees may not alter, falsify, or otherwise tamper with time records, including recording time for another employee.

In addition, it is strictly against Hy-Vee policy for an employee to work, or for a supervisor to instruct directly or indirectly, or to otherwise allow, an employee to work "off the clock". Violations of this rule should be, without fear of retaliation or reprisal, reported immediately to a department head, manager store operations, manager perishables, manager general merchandise, store director, the Vice President of Human Resources, or any other vice president. A confidential investigation of any complaint will be promptly undertaken and any lost wages will be promptly reimbursed.

8                                             Hy-Vee.

HV000210

We depend on you to be here when you are scheduled to work. If you will be late or cannot come to work, you – not someone else – must contact your store director or supervisor as early as possible prior to the start of your shift. If you are unable to work for more than one day, daily contact is required unless approved by your store director or supervisor.

### Wages

You will be paid every two weeks for pay periods running Monday through Sunday. Your check will be dated the Friday following the last Sunday of the two-week pay period.

Receipt of checks is dependent on the mail service. Your check should reach you by the following Monday.

Direct deposit is highly recommended. With direct deposit, your wages are available in your bank account on Friday. To sign up for direct deposit, complete an authorization card available from your store director or supervisor.

Hourly employees who work more than 40 hours per week will be paid time-and-a-half for the hours worked over 40.

Holiday pay for regular-time employees is based on the average hours worked per day during the four weeks prior to the holiday week. Maximum holiday pay is eight hours for employees working five eight-hour shifts, and 10 hours for employees working four 10-hour shifts. To receive holiday pay, you must work the day before and after the holiday, as well as your regularly scheduled week unless specifically scheduled to be off by your store director or supervisor. Part-time employees do not receive holiday pay.

### Deductions from wages of salaried employees

Subject to the following exceptions, state and federal laws and Hy-Vee policy require that an employee treated as salaried exempt by the store must receive his or her full salary for any workweek in which the employee performs any work.

Deductions from the pay of an exempt employee for a full week of pay or more are permitted only for unpaid disciplinary suspensions of a full week or more imposed in good faith for violation of workplace conduct rules, so long as the deduction does not include deduction of a partial day's pay on either end of the suspension.

Deductions from pay of an exempt employee of partial or full days of pay are permitted only under the following circumstances:

1) for time not worked during the first and final weeks of employment; or

2) for time not worked during unpaid leave under the Family and Medical Leave Act.

It is Hy-Vee policy to comply with these requirements. Any employee who feels that an improper deduction has been made from his or her salary in violation of this provision should, without fear of reprisal or retaliation, immediately report the matter to his or her department head, manager store operations, manager perishables, manager general merchandise, store director, the Vice President of Human Resources, or any other vice president. A confidential investigation of any complaint will be promptly undertaken and any lost wages will be promptly reimbursed.

### Performance reviews

Performance and salary reviews will be held at least once a year.

### Job postings

Hy-Vee offers numerous job opportunities. We strive to fill these positions from within our ranks. Hy-Vee posts open positions at the office or store level for a minimum of seven working days. Most openings are posted on the Hy-Vee Website at www.hy-vee.com. You may also access job information on the Hy-VeeNet at hyveenet.hy-vee.com. Contact your store director or the Human Resource Department if you are interested in a position or would like an explanation of the application process.

HV000211