IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| **GREGORY A. CHAPMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 10-6128-CV-W-HFS |
| | ) | |
| **HY-VEE, INCORPORATED** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiff Gregory A. Chapman, by and through his attorneys of record, and Defendant Hy-Vee, Inc., by and through its attorneys of record, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of the above captioned matter, with prejudice, with each party to bear its own costs.

ARNOLD, NEWBOLD, WINTER & JACKSON, P.C.

/s/ Bruce C. Jackson, Jr.
Bruce C. Jackson, MO# 32113
Paul E. Torlina, MO# 52798
Ryan T. Dryer, MO# 59893
1125 Grand Boulevard, Suite 1600
Kansas City, Missouri 64106
(816) 421-5788
FAX (816) 471-5574
EMAIL: bcjackson@anwjj.com
petorlina@anwjj.com
rtdryer@anwjj.com

**ATTORNEYS FOR PLAINTIFF GREGORY A. CHAPMAN**

LITTLER MENDELSON, P.C.


/s/ Jeannie M. DeVeney
Jeannie M. DeVeney    MO#46885
Daniel B. Boatright   MO#38803
Anne E. Baggott       MO#59187
1201 Walnut Street
Suite 1450
Kansas City, MO  64106
(816)627-4400
FAX (816) 627-4444
jdeveney@littler.com
dboatright@littler.com
abaggott@littler.com

**ATTORNEYS FOR DEFENDANT HY-VEE, INC.**